UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,         19m12065 (NSR)(PED)

    -v-                                  **NOTICE OF APPEARANCE**

GRAFTON E. THOMAS,

        Defendant.
-------------------------------------------------------x

    Michael H. Sussman, an attorney duly admitted to practice law in and before this Honorable Court and in good standing to do so, hereby notices his appearance as counsel for defendant in the within matter.

    Kindly direct all pleadings and correspondence to him at the address shown below.

Dated: December 31, 2019

                                                  Respectfully submitted,

                                                  Michael H. Sussman [3497]

Sussman & Associates
PO Box 1005
1 Railroad Avenue, 3rd Floor
Goshen, NY 10924
(845)-294-3991 {phone}
(845)-294-1623 {fax}
Sussman1@frontiernet.net